| | | |
|---|---|---|
| WILLIAM R. FORRESTER, JR. AND REGAN A. FORRESTER | * | NO. 2019-CA-0359 |
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| JOSHUA L. BRUNO | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**LOBRANO, J., CONCURS IN THE RESULT.**